## 73162. WHITE v. THE STATE.
(361 SE2d 284)

BEASLEY, Judge.

On certiorari our decision affirming the trial court in *White v.*

*State*, 181 Ga. App. 354 (352 SE2d 205) (1986), has been reversed by the Supreme Court in *White v. State*, 257 Ga. 236 (356 SE2d 875) (1987). Accordingly, our decision is vacated and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed. Birdsong, C. J., Deen, P. J., McMurray, P. J., Banke, P. J., Carley, Sognier, Pope and Benham, JJ., concur.*

DECIDED SEPTEMBER 8, 1987.

*Will Ed Smith*, for appellant.

*Beverly B. Hayes, District Attorney, Samuel A. Hilbun, Assistant District Attorney*, for appellee.